UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20484-GAYLES

**FIRST SOUTHWESTERN FINANCIAL LLC**,

    Plaintiff,

v.

**DAWKINS HOME INC., MICHAEL DAWKINS INC., and MICHAEL DAWKINS**,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Plaintiff First Southwestern Financial LLC's Motion to Remand (the "Motion") [ECF No. 7]. The Court has reviewed the Motion and the record and is otherwise fully advised. On February 4, 2021, Defendants Dawkins Home Inc., Michael Dawkins Inc., and Michael Dawkins removed this action from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. [ECF No. 1]. On February 16, 2021, Plaintiff filed the instant Motion, arguing that Defendants' Notice of Removal offers no good faith basis for federal subject matter jurisdiction. Defendants failed to timely respond to the Motion. This error is fatal for Defendants because "[o]n a motion to remand, the removing party bears the burden of showing the existence of federal subject matter jurisdiction." *Williams v. Aquachile, Inc.*, 470 F. Supp. 3d 1277, 1279 (S.D. Fla. 2020) (quoting *Conn. State Dental Ass'n v. Anthem Health Plans, Inc.*, 591 F.3d 1337, 1343 (11th Cir. 2009)). Because Defendants failed to timely respond to the Motion, they fail to establish the Court's subject matter jurisdiction.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff First Southwestern Financial LLC's Motion to Remand, [ECF No. 7], is **GRANTED**.

2. The above-styled case is **REMANDED** to Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

3. Any pending motions are **DENIED as moot**.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 4th day of March, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE